UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | CASE NO. CR F 13-0109 LJO SKO |
| Plaintiff, | **ORDER ON RECONSIDERATION OF MAGISTRATE JUDGE RULING** (Doc. 66) |
| vs. | |
| JENNIFER L. COLEMAN, | |
| Defendant. | |

This Court reviewed defendant Jennifer Coleman's ("defendant's") motion for reconsideration of the Magistrate Judge's ruling to deny the defense request for review of the personnel files for *Brady/Giglio* material as to the testifying Fresno and Clovis police department officers. This Court is extremely familiar with the issues and the Government's position concerning these and similar matters, having addressed it numerous times on other criminal cases.

This Court recognizes that it has not yet received the Government's response to defendant's reconsideration motion, that the assigned Assistant U.S. Attorney is out of office during the week of November 25, 2013 for the Thanksgiving holiday, that she requests up to December 9, 2013 to respond, and that the jury trial is to commence on December 17, 2013.

1

This Court issues this ruling because it has no choice given the limited time between now and trial.

The Government appears to agree that the requested information is *Giglio* material (the appearance is based on defense counsel's representation, coupled with the same position taken by the Government in the past on other cases), and that it is material that should be (and will be) produced immediately after the witnesses have testified.

The Court's view is of self-preservation for it and the jury. This Court's having had law and motion before it in this case understands the positions of the parties factually. It is not a difficult decision by the Government who will call the law enforcement witnesses in its case in chief. Once a trial begins, this Court has too many things that concurrently require its time and attention, not just in trial in the instant case, but also in its approximately 1,500 additional cases, both criminal and civil. To survive, this Court needs to review potentially voluminous documents BEFORE the trial, and not DURING the trial (while the jury sits and waits for this to be concluded if it occurs during trial).

The Government has access to the requested documents upon the mere asking. There is the possibility that the City Attorneys (for Fresno and Clovis, where the investigating officers work) could bring motions for protective orders, potentially delaying an ongoing jury trial if the documents are not produced now.

In sum, there is no reason not to produce the documents for an in camera inspection now, and every reason to produce them, since they will be produced ultimately in any event.

Finally, by this Order, this Court does not rule that the basis for the decision by the Magistrate Judge is legally incorrect. This Court simply rules on a different basis, from a much different perspective.

This Court ORDERS the Government to request the Fresno and Clovis police departments for the applicable documents so that the documents will be received by this Court

/ / /

/ / /

/ / /

for the in camera inspection on or before noon on Wednesday, December 4, 2013.

IT IS SO ORDERED.

Dated:   **November 25, 2013**                         **/s/ Lawrence J. O'Neill**
                                                                        UNITED STATES DISTRICT JUDGE