UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                    Plaintiff,<br><br>    vs.<br><br>JENNIFER L. COLEMAN,<br><br>                    Defendant.<br>_____/ | CASE NO. CR F 13-0109 LJO SKO<br><br>**ORDER ON OBJECTIONS TO REQUEST FOR JUDICIAL NOTICE**<br>(Docs. 75, 79) |

   As to defense objections (docs. 75, 79) to the Government's November 20, 2013 request for judicial notice (doc. 64), this Court:

   1.   OVERRULES the relevance objections to requested items 1, 2 and 4.  Striking a match on the ground as a helicopter flew overhead would not fit into the statutes.  There is a **factual** element as to the laser's strength to address interference with or disabling an aircraft; and

   2.   SUSTAINS the defense objection to requested item 3 in that it is not indisputable (and thus is disputable) for judicial notice and whether the laser is illegal is irrelevant.

IT IS SO ORDERED.

   Dated:   **December 2, 2013**              /s/ Lawrence J. O'Neill
                                                                       UNITED STATES DISTRICT JUDGE

1