HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEREMY S. KROGER, Bar #258956
JANET BATEMAN, Bar #241210
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
JENNIFER LORRAINE COLEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:13-CR-00109 LJO-SKO |
|---|---|---|
| *Plaintiff,* | ) ) | STIPULATION TO CONTINUE SENTENCING; ORDER |
| vs. | ) ) | |
| JENNIFER LORRAINE COLEMAN, | ) ) ) | DATE: May 12, 2014<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |
| *Defendant.* | ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Karen Escobar, counsel for plaintiff, and Assistant Federal Defender, Jeremy Kroger, counsel for defendant Jennifer Lorraine Coleman, that the sentencing hearing currently set for March 10, 2014 at 8:30 p.m. before the Honorable Judge Lawrence J. O'Neill, **may be continued to May 12, 2014 at 8:30 a.m. with the Honorable Judge Lawrence J. O'Neill**, as to defendant Coleman.

As counsel for Ms. Coleman informed the Court after the trial, Ms. Coleman is seeking her childhood records from the state Child Protective Services agency. Although the defense has submitted the request for these records, they have not yet been produced and experience suggests that their procurement often takes significant time. These records are necessary to provide the

Court a comprehensive understanding of the "history and characteristics of the defendant" consistent with Section 3553. These records have also been requested by the expert retained by the defense to comment on Ms. Coleman's psychological history and characteristics.

In addition, co-lead counsel for Ms. Coleman will be out of the country for the remaining weeks in February. This additional time will enable counsel to contribute fully to Ms. Coleman's sentencing hearing.

BENJAMIN B. WAGNER
United States Attorney

Dated: February 6, 2014        /s/ Karen Escobar
Karen Escobar
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated: February 6, 2014        /s/ Jeremy Kroger
JEREMY S. KROGER
Assistant Federal Defender
Attorney for Defendant
JENNIFER LORRAINE COLEMAN

IT IS SO ORDERED.

   Dated:   **February 6, 2014**            **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

## **O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause.

DATED: February __, 2014

_____
Lawrence J. O'Neill
United States District Judge