# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | 1:13-CR-00109-LJO-SKO-2 |
| Plaintiff, | **ORDER ON MOTION FOR RELEASE PENDING TRIAL** |
| v. | (Doc. 182) |
| JENNIFER L. COLEMAN, | |
| Defendant. | |

The Court has received and reviewed the Defendant's Motion for Bail Pending Appeal. The Court has also received and reviewed the Government's opposition.

After the Defendant was found guilty on December 19, 2013 by jury of aiming a laser pointer at a police helicopter pursuant to Title 18 U.S.C. section 39A, sentencing took place on May 12, 2014. The Court found that the total Offense Level was 24, the Criminal History Category was I, and the Imprisonment Guideline Range was 51-63 months. The Court delineated 18 U.S.C. section 3553(a) factors and sentencing the Defendant to: 24 months in custody, three years of supervised release, and a $100 mandatory penalty assessment. Self surrender was allowed, and that is to take place on July 14, 2014.

The Notice of Appeal was filed on May 20, 2014.

The Defendant now brings the instant motion for Bail Pending Appeal. The Court must make an analysis pursuant to the factors found in 18 U.S.C. section 3143(b)(1). The Court has now made that review of the case in its entirety.

The Court finds that the Defendant should prevail on the issue of flight risk, in that the Court

sees nothing to indicate that that the Defendant is a flight risk. While she is not the most trustworthy person (absence of credibility as evidenced by her lies during the investigation, and subsequent perjurious testimony at trial) and/or reliable individual to follow the rules, terms and conditions of release (her pretrial history), there is nothing to indicate flight.

On the issue of the Defendant's raising a "substantial question of law or fact likely to result in (i) reversal, (ii) an order for a new trial, (iii) a sentence that does not include a term of imprisonment, or (iv) a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process" (18 U.S.C. section 3143(b)(1)), focus is on the claims of failure to provide a spoliation of evidence instruction, failure to grant a mistrial, failure to grant a Rule 29 motion based on the insufficiency of evidence, and the Court's application of a dangerous weapon enhancement at sentencing. In reviewing these circumstances and rulings, the Court finds that the Defendant has not demonstrated any substantial question of law which would result in a reversal, new trial and/or a sentence that does not include at term of imprisonment or a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process.

The motion to be released pending appeal is DENIED.

IT IS SO ORDERED.

Dated:   **May 27, 2014**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE