HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JENNIFER L. COLEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-cr-00109-LJO-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON** |
| vs. | |
| JENNIFER L. COLEMAN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the status conference now set for May 3, 2016 at 1:30 p.m. may be continued to July 12, 2016, at 1:30 p.m.

United States Probation Officer, Megan Pascual will not be available on May 3, 2016. Additionally, the parties agree additional time is needed to attempt to resolve this matter. The requested date of July 12 takes into account the parties' various schedules between now and then.

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

/ / /

/ / /

|     |                      |                                                                                   |
| --- | -------------------- | --------------------------------------------------------------------------------- |
| 1   |                      | Respectfully submitted,                                                           |
| 2   |                      | HEATHER E. WILLIAMS<br>Federal Defender                                           |
| 3   |                      |                                                                                   |
| 4   | DATED: May 2, 2016   | */s/ Janet Bateman*<br>JANET BATEMAN                                              |
| 5   |                      | Assistant Federal Defender<br>Attorney for Defendant                              |
| 6   |                      | JENNIFER L. COELMAN                                                               |

1                              Respectfully submitted,

2                              HEATHER E. WILLIAMS
                               Federal Defender

3

4  DATED: May 2, 2016              */s/ Janet Bateman*
                               JANET BATEMAN

5                              Assistant Federal Defender
                              Attorney for Defendant

6                              JENNIFER L. COELMAN

7

8                              BENJAMIN B. WAGNER
                              United States Attorney

9

10  DATED: May 2, 2016            */s/ Karen A. Escobar*
                               KAREN A. ESCOBAR

11                              Assistant U.S. Attorney
                             Attorney for Plaintiff

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the status conference set for May 3, 2016 at 1:30 p.m. before the Honorable Stanley A. Boone be continued to July 12, 2016, at 1:30 p.m.

IT IS SO ORDERED.

Dated:   **May 2, 2016**                                    _____
                                                            UNITED STATES MAGISTRATE JUDGE