HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JENNIFER LORRAINE COLEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-cr-00109 LJO-SKO-2 |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| vs. | |
| JENNIFER LORRAINE COLEMAN, | Date:   August 22, 2016 |
| Defendant. | Time:  8:30 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney, Karen Escobar, counsel for plaintiff, and Assistant Federal Defender, Janet Bateman, counsel for defendant Jennifer Lorraine Coleman, that the revocation/sentencing hearing currently set for August 15, 2016, at 8:30 a.m., before the Honorable Judge Lawrence J. O'Neill, may be continued to August 22, 2016, at 8:30 a.m., as to defendant Jennifer Coleman.

The requested continuance is due to a defense counsel's need to participate in a concurrently scheduled important matter.  The government has no objection to the requested continuance.  As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

/ / /

/ / /

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Date:  August 9, 2016         /s/ *Karen Escobar*
                              KAREN ESCOBAR
                              Assistant United States Attorney
                              Attorneys for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: August 9, 2016          */s/  Janet Bateman*
                              JANET BATEMAN
                              Assistant Federal Defender
                              Attorneys for Defendant
                              JENNIFER LORRAINE COLEMAN


# O R D E R

For the reasons set forth above, the continuance requested is granted for good cause.

IT IS SO ORDERED.

Dated:  **August 10, 2016**              /s/ Lawrence J. O'Neill
                                         UNITED STATES CHIEF DISTRICT JUDGE